UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SOCK DRAWER, INC.,<br><br>Defendants. | Civil Action No.:  1:23-cv-11152<br><br>**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT** |

Upon the affirmation in support of Gabriel A. Levy, Esq., with exhibits annexed thereto, and upon all proceedings had heretofore herein, it is

**ORDERED**, that the above named defendants show cause before this Court, at Room _____, United States Courthouse, 40 Foley Square, Room \_\_\_\_, in the City, County and State of New York, on _____ , _____ , at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued;

1. Entering default judgment in favor of plaintiff pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2, and
2. Granting such other relief as the Court deems equitable and just.

**ORDERED** that service of a copy of this order by First Class Mail and email at **hello@goodlyshop.com** on or before _____ o'clock in the noon, _____ , _____ , 2024 shall be deemed good and sufficient service thereof.

1

2

**ORDERED**, that defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2024. Plaintiff must file and serve any written reply to defendants' opposition to the Order to Show Cause by _____, 2024.

Dated:

    New York, New York

 

_____

HON. LORNA G. SCHOFIELD U.S.D.J