UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA KARIM, on behalf of herself and all others similarly situated,

                      Plaintiff,

        -against-

THE SOCK DRAWER, INC.,

                     Defendants.
------------------------------------------------------------X

23 Civ. 11152 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the March 18, 2024, Order directed Plaintiff to file proof of service of the March 18, 2024, Order upon Defendant by March 22, 2024. Plaintiff has not done so. It is hereby

**ORDERED** that Plaintiff shall, by **March 29, 2024**, file proof of service upon Defendant or demonstrate good cause as to the need for an extension of time do so. If Plaintiff fails to comply with this Order, the case will be dismissed for failure to prosecute.

Dated: March 25, 2024
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE