UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA KARIM, *on behalf of herself and all others similarly situated*,

                              Plaintiff,

                  -against-

THE SOCK DRAWER, INC.,

                              Defendant.
------------------------------------------------------------X

23 Civ. 11152 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on March 15, 2024, Plaintiff filed a Motion for Default Judgment against Defendant, seeking injunctive and declaratory relief under the ADA, NYSHRL, NYCHRL and N.Y.C. Administrative Code § 8-102 and compensatory damages under the NYSHRL and NYCHRL;

WHEREAS on March 18, 2024, the Court ordered Defendant to show cause on April 10, 2024, why it should not be found in default and judgment entered against it on the issue of liability;

WHEREAS on March 25, 2024, Plaintiff filed proof that Defendant had been served on March 19, 2024, with the order to show cause;

WHEREAS on April 10, 2024, Defendant failed to appear before this Court.  It is hereby

ORDERED that, by **April 22, 2024,** Plaintiff shall file a proposed order for default judgment.

Dated: April 16, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**